**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:13-CR-128 |
| | § | |
| SAMANTHA CAMPBELL (1) | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Now before the Court is the request for revocation of Defendant's supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on November 16, 2017, to determine whether Defendant violated her supervised release. Defendant was represented by Robert Arrambide. The Government was represented by Marisa Miller.

Samantha Campbell[1] was sentenced on April 22, 2014, before The Honorable Thad Heartfield of the Eastern District of Texas after pleading guilty to the offense of Conspiracy to Commit Access Device Fraud, a Class D felony. This offense carried a statutory maximum imprisonment term of 5 years. The guideline imprisonment range, based on a total offense level of 10 and a criminal history category of IV, was 15 to 21 months. Samantha Campbell was subsequently sentenced to 6 months imprisonment subject to the standard conditions of release, plus special conditions to include access to requested financial information, drug treatment and testing and a $100 special assessment fee. On November 28, 2014, Samantha Campbell completed her period of imprisonment and began service of the supervision term.

---

[1] Defense counsel and Defendant have notified the Court that as a result of her marriage, her name has been changed and is now Samantha Prater.

On October 27, 2017, the U.S. Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision [Dkt. 97 Sealed]. The Petition asserted that Defendant violated three (3) conditions of supervision, as follows: (1) Defendant shall not unlawfully possess a controlled substance; (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; (3) Defendant shall participate in a program of testing and treatment for drug abuse and follow the rules and regulations of that program until discharged. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any cost associated with treatment and testing.

The Petition alleges that Defendant committed the following acts: (1) and (2) On July 17, 21, 24, 26, and 31; August 2, 23, and 28; and September 5; 2017; Defendant submitted urine specimens that tested positive for methamphetamine. Laboratory test confirmed the tests were positive for methamphetamine; and (3) On August 7, 2017, August 30, 2017, and September 13, 2017, Defendant failed to provide a urine sample at OnScene Drug Screens in Sherman, Texas. On October 20, 2017, Defendant failed to show for drug testing at OnScene Drug Screens in Sherman, Texas.

Prior to the Government putting on its case, Defendant entered a plea of true to allegations one (1), two (2), and three (3) of the Petition. Having considered the Petition and the plea of true to allegations one (1), two (2), and three (3), the Court finds that Defendant did violate her conditions of supervised release.

Defendant waived her right to allocate before the District Judge and her right to object to the report and recommendation of this Court.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant's supervised release be revoked and that she be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months plus one (1) day with no term of supervised release to follow.

The Court also recommends that Defendant be housed in the Federal Medical Center, Carswell in Fort Worth, Texas, if appropriate.

**SIGNED this 16th day of November, 2017.**


_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE